# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAYWARD JACKSON,<br><br>    Plaintiff,<br><br>    v.<br><br>PEOPLE READY, INC. et al.,<br><br>    Defendants. | Case No. EDCV 17-0143-FMO (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

The Court has reviewed the Second Amended Complaint, records on file, and Report and Recommendation of U.S. Magistrate Judge. See 28 U.S.C. § 636. On October 12, 2017, Plaintiff filed objections to the R. & R., and on October 26 Defendants Stephanie Vanegas, Waleska Stanford, and Raquel Madrigal filed a response. Plaintiff for the most part simply repeats, verbatim, arguments made in his opposition to Defendants' motion to dismiss. Those arguments were thoroughly addressed in the Magistrate Judge's Report and Recommendation.

Having made a de novo determination of those portions of the R. & R. to which Plaintiff objected, the Court accepts the findings and recommendations of the Magistrate Judge. IT THEREFORE IS ORDERED that Defendants' motion to dismiss the Second Amended Complaint without leave to amend is GRANTED, the

1

claims against the nonmoving Defendants are dismissed without leave to amend, and judgment be entered for all Defendants.  The Court declines to exercise supplemental jurisdiction over Plaintiff's state-law claims, and they are dismissed without prejudice.

DATED: November 7, 2017                _____/s/_____
                                       FERNANDO M. OLGUIN
                                       U.S. District Judge