1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAYWARD JACKSON, | ) Case No. EDCV 17-0143-FMO (JPR) |
|                 Plaintiff, | ) |
|            v. | )      **J U D G M E N T** |
| PEOPLE READY, INC. et al., | ) |
|              Defendants. | ) |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that Plaintiff's federal claims are dismissed with prejudice and his state-law claims are dismissed without prejudice.

DATED: November 7, 2017                    /s/
                                    FERNANDO M. OLGUIN
                                    U.S. DISTRICT JUDGE